UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | 1:05-cv-1374-JDT-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that John Smith is not entitled to Disability Insurance Benefits and Supplemental Security Income based on his applications filed on November 25, 2003, is **AFFIRMED.**

Date: 04/13/2006

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

*Evelyn A. Hollins*
_____
By: Deputy Clerk

Distribution:

John Smith, 8923 Emperors Court, Indianapolis, IN 46234
Office of the United States Attorney, 10 West Market Street Suite 2100,
    Indianapolis, IN  46204-3048